UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV-17-02489 JGB(KKx) | Date | March 5, 2018 |
| Title | Carlos Moreno v. JCT Logistics, Inc et al | | |

Present: The Honorable JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Maynor Galvez/John Lopez | Adele Frazier |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Haffner | Christopher J. Eckhart |

**Proceedings:** Hearing on Motion to Remand Case to San Bernardino Superior Court [20]. Motion to Transfer Case to Northern District of Oklahoma [21].

Counsel make their appearances. The Court confers with counsel and hears oral argument.

The matter stands submitted.

**IT IS SO ORDERED.**

Time: 20